JOHN W. COLBY, Appellant, v. FELDORLO CORPORATION and KOPEL FELDMAN,

Defendants, and HARRIS ORLOFSKY, Respondent.— Motion for reargument granted, and, upon reargument, the decision of this court dated November 5, 1930, is amended and the order entered thereon resettled so as to provide that the order granting motion to dismiss complaint is reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to answer within ten days from service of a copy of the order herein. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.